

^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/1/2023

July 31, 2023

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

  Re: **Cruz v. Minnesota 3PL LLC**
    **Case #: 1:23-cv-04611-AT**

Dear Judge Torres:

  We represent the plaintiff in the above matter, and write to update the court, and to ask leave to amend the complaint to substitute the correct defendant's name, pursuant to Rule 15(a)(2). We also ask for an extension of time to serve the correct defendant.

  Plaintiff brings this class-action civil rights action pursuant to Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 1281 et seq., alleging that the subject website, www.fairyglen.com, violates the ADA by not offering Plaintiff and all other blind and visually-impaired users access to its features. The website sells fantasy-themed gift items.

  Plaintiff was under the impression that the website was owned by the current named defendant, Minnesota 3PL LLC, and served the defendant on June 14, 2023. Plaintiff has since determined that Minnesota 3PL LLC provides storage and fulfillment services for the website, but does not own the website. The correct owner and operator of the website is Fairyglen.com.

  Therefore, Plaintiff asks for leave to amend the complaint to name the correct defendant entity, Fairyglen.com, and for additional time to serve this defendant. We thank Your Honor and the Court for its kind considerations and courtesies.

GRANTED. By **August 8, 2023**, Plaintiff shall file her amended complaint. By **October 10, 2023**, Plaintiff shall serve Fairyglen.com and file proof of service on the docket.

SO ORDERED.

Dated: August 1, 2023
   New York, New York

                   _____
                   ANALISA TORRES
                   United States District Judge