```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/9/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALISON MICHELE CRUZ, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

FAIRYGLEN.COM,

                Defendant.

23 Civ. 4611 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 6, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by July 31, 2023. ECF No. 7. On August 8, 2023, Plaintiff filed an amended complaint to substitute the proper Defendant name. ECF No. 11; *see* ECF Nos. 9–10. Accordingly, by **October 10, 2023**, the parties shall submit a joint letter and proposed case management plan.

    SO ORDERED.

Dated: August 9, 2023
       New York, New York

ANALISA TORRES
United States District Judge